IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GABRIEL BENITO ROBERT HERNANDEZ,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 25-CV-3262** |
| | : | |
| **COMMONWEALTH OF PENNSYLVANIA,** *et al.*, | : | |
| Defendants. | : | |

# ORDER

AND NOW, this 5th day of August, 2025, upon consideration of *pro se* litigant Gabriel Benito Robert Hernandez's Notice of Removal (ECF No. 1), Motion to Proceed *In Forma Pauperis* (ECF No. 2), and Motion to Stay State Proceedings (ECF No. 3), it is **ORDERED** that:

1. This case is **REMANDED** to the Pennsylvania Superior Court, *Commonwealth v. Hernandez*, No. 1338 MDA 2024, for the reasons discussed in the Court's Memorandum.

2. The Motion to Proceed *In Forma Pauperis* (ECF No. 1) and Motion to Stay State Proceedings (ECF No. 3), are **DENIED** as **MOOT**.

3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

/s/ Gerald Austin McHugh
_____
**GERALD A. MCHUGH, J.**